No. 74–1327. DEMOCRATIC EXECUTIVE COMMITTEE OF COLUMBIANA COUNTY, OHIO, ET AL. *v.* BROWN, SECRETARY OF STATE OF OHIO. Appeal from D. C. N. D. Ohio. Judgment vacated and case remanded so that a fresh order or decree may be entered from which a timely appeal may be taken to the United States Court of Appeals

for the Sixth Circuit. *MTM, Inc.* v. *Baxley,* 420 U. S. 799 (1975).

## Certiorari Granted—Vacated and Remanded